**Order filed October 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00568-CV
_____

**WILLIAM  DEXTER  LUCAS, Appellant**

**V.**

**CARRINGTON MORTGAGE SERVICES, LLC, Appellee**

**On Appeal from the County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 19-CCV-065346**

## O R D E R

The notice of appeal in this case was filed July 18, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 15, 2019.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.